SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-2798<br><br>**DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CENTRAL DISTRICT LOCAL RULE 7.1-1)**<br><br>Los Angeles Superior Court Case No. 18STCV06289<br><br>Complaint Filed:    November 27, 2018<br>FAC Filed:               March 26, 2019 |

DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Defendant, Airport Terminal Services, Inc. ("ATS"), certify that the following listed parties may have a direct or indirect pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Interested Parties:

    1.    Francisco J. Cisneros, Plaintiff; and

    2.    Airport Terminal Services, Inc., Defendant.

DATED: April 11, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Simon L. Yang
      Aaron R. Lubeley
      Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

---

1

DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES