1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated, | Case No. 2:19-cv-2798 |
   |---|---|
   | | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |
   | Plaintiff, | |
   | v. | Los Angeles Superior Court Case No. 18STCV06289 |
   | AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive, | Complaint Filed: November 27, 2018 FAC Filed: March 26, 2019 |
   | Defendants. | |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, Airport Terminal Services, Inc. ("ATS"), states that ATS is a privately held company, has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

DATED: April 11, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Simon L. Yang
  Aaron R. Lubeley
  Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

---

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT