1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone:  (213) 270-9600
5  Facsimile:   (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-2798-R-PJW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint removed:    April 11, 2019<br>Current response date: April 19, 2019<br>New response date:    May 17, 2019 |
|---|---|

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  The Parties—Plaintiff, Francisco J. Cisneros, and Defendant, Airport Terminal
2  Services, Inc.—by and through their respective counsel, hereby stipulate to extend the
3  time for Defendant to respond to the operative complaint.
4  WHEREAS, on March 29, 2019, Defendant first received a copy of the first
5  amended complaint filed on March 26, 2019, by Plaintiff in the Superior Court of
6  California for the County of Los Angeles;
7  WHEREAS, on April 11, 2019, Defendant filed a notice of removal to this Court;
8  WHEREAS, a responsive pleading currently would be due on April 19, 2019;
9  WHEREAS, the Parties are meeting and conferring about various issues that may
10 impact the pleadings and whether Defendant answers the operative complaint; and
11 WHEREAS, the Parties agree that the interests of justice, informal resolution of
12 disputes, and avoidance of unnecessary motion practice provide good cause to extend
13 Defendant's deadline to file a responsive pleading.
14 IT IS SO STIPULATED that Defendant's time to respond to the operative
15 complaint is extended 28 days to May 17, 2019.

16 DATED: April 15, 2019                          BRADLEY/GROMBACHER, LLP

18                                               By: */s/ Taylor L. Emerson*
19                                                   Marcus J. Bradley
                                                     Taylor L. Emerson
20                                               Attorneys for Plaintiff
                                                 FRANCISCO J. CISNEROS

21 DATED: April 15, 2019                          Respectfully submitted,
22                                               SEYFARTH SHAW LLP

24                                               By: */s/ Simon L. Yang*
25                                                   Aaron R. Lubeley
                                                     Simon L. Yang
26                                               Attorneys for Defendant
                                                 AIRPORT TERMINAL SERVICES, INC.

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT