SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,

Plaintiff,

v.

AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:19-cv-02798-R-PJW

**NOTICE OF RELATED CASES**

Complaint Filed: November 27, 2018
FAC Filed: March 26, 2019

**PLEASE TAKE NOTICE THAT**, pursuant to Central District of California Local Rule 83-1.3.1, Defendant, Airport Terminal Services, Inc., by and through its counsel of record, hereby submits this Notice of Related Cases. Defendant states that this case is related to the following cases, as the related cases: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges:

- *Pederson v. Airport Terminal Services, Inc.*, No. 5:15-cv-02400-VAP-SP
- *McDonald v. Airport Terminal Services, Inc.*, No. 5:11-cv-01946-VAP-SP

These cases, which were assigned to Judge Virginia A. Phillips, are the “Related Cases.”

Specifically, under Local Rule 83-1.3.1(a), this case is related to the Related Cases because it arises from the same or closely related events:

- Plaintiff is a settlement class member in the Related Cases, and is subject to the releases from the class action settlement granted final approval by Judge Phillips on August 3, 2018.
- The complaint in this case seeks to represent other individuals who were also putative class members in the Related Cases and who are Settlement Class Members in the Related Cases.
- The complaint in this case alleges putative class action claims that were adjudicated in one or both of the Related Cases, including all of the claims alleged in the initial complaint for failures to pay all wages, to pay overtime, to provide meal breaks, to authorize and permit rest breaks, to reimburse expenses, to timely pay wages upon termination, to provide accurate itemized wage statements, and unfair competition.

Under Local Rule 83-1.3.1(b), this case is related to the Related Cases because it calls for determination of the same or substantially related or similar questions of law and fact:

- Due to the overlapping putative classes discussed above, this case raises the same or substantially related questions of fact raised in the Related Cases, since the policies and procedures to be considered by the Court in this case are the same policies and procedures considered by Judge Phillips in the Related Cases.
- Due to the overlapping claims discussed above, this case raise the same or substantially related questions of law raised in the Related Cases, since the claims and defenses to be considered by the Court in this case are the same claims and defenses considered by Judge Phillips in the Related Cases (including, for example, preemption under the Airline Deregulation Act, 49 U.S.C. § 41713, which Ninth Circuit case law may no longer permit on a Rule 12 motion but would likely be raised for summary adjudication).

Under Local Rule 83-1.3.1(c), this case is related to the Related Cases because it would require substantial duplication of labor if heard by different judges:

- The complaint in this case alleges claims which were adjudicated in the Related Cases, and Judge Phillips retains jurisdiction to implement the orders granting final approval of the settlements in the Related Cases.
- The complaint in this case alleges claims which would be subject to Defendant's defenses of res judicata and collateral estoppel based on the Related Cases (in addition to other defenses considered by Judge Phillips in the Related Cases like preemption under the Airline Deregulation Act).

DATED: April 19, 2019

SEYFARTH SHAW LLP

By: * /s/ Simon L. Yang*
Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.