# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco J Cisneros<br><br>v.<br><br>Airport Terminal Services, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:19-cv-02798 R(PJWx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_May 20, 2019_     Virginia A. Phillips  /s/ Virginia A. Phillips
Date                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __5:11-cv-01946 VAP(SPx)__ and the present case:

- [x] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Walsh___ to Magistrate Judge ___Pym___.

On all documents subsequently filed in this case, please substitute the initials ___VAP(SPx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:19-cv-02798 VAP(SPx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*
CV-34 (03/19)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)**