BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

Attorneys for Plaintiff
FRANCISCO J. CISNEROS

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-2798-VAP-SP<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint removed:   April 11, 2019 |

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER

The Parties—Plaintiff, Francisco J. Cisneros, and Defendant, Airport Terminal Services, Inc.—by and through their respective counsel, hereby stipulate to continue the July 15, 2019 Scheduling Conference to permit an early mediation for the Parties to explore the possibility of an informal resolution.

WHEREAS, on November 27, 2018, Plaintiff filed but did not serve a putative class action complaint in the Superior Court of California for the County of Los Angeles,

WHEREAS, Defendant subsequently met and conferred with Plaintiff about the putative class action claims alleged by Plaintiff and the overlapping claims for which this Court entered judgment on August 3, 2018, in *Pederson v. Airport Terminal Services, Inc.*, C.D. Cal. Case No. 5:15-cv-02400-VAP-SP, following final approval of a class action settlement;[1]

WHEREAS, the Parties continued meeting and conferring about the Parties' claims and defenses, as well as Plaintiff's intention to amend the complaint and also allege putative class action claims for alleged Fair Credit Reporting Act violations, and on March 26, 2019, Plaintiff filed a first amended complaint filed in the Superior Court of California for the County of Los Angeles to allege additional claims;

WHEREAS, on April 11, 2019, Defendant removed the matter to this Court;

WHEREAS, the Parties have subsequently continued meeting and conferring about Defendant's request that Plaintiff dismiss without prejudice putative class action claims for wage-hour violations that Defendant contends lack merit and in any event are not amenable for class certification;

WHEREAS, the Parties have agreed to mutually determine the scope of Plaintiff's claims for purposes of scheduling an early mediation;

WHEREAS, the Parties have agreed that the interests of justice, informal resolution of disputes, and avoidance of unnecessary litigation and motion practice

---

[1] *Pederson* also was a follow-up class action to *McDonald v. Airport Terminal Services, Inc.*, C.D. Cal. Case No. 5:11-cv-01946-VAP-SP, in which this Court also entered judgment on November 19, 2013.

provide good cause to stay litigation pending an early mediation and continue the scheduling conference; and

WHEREAS, the Parties have sought availability from mutually agreeable mediators whom are already scheduling mediation dates in February 2020, and the Parties continue to consider additional mediators whom would be mutually agreeable.

IT IS SO STIPULATED that the Parties will focus on attempting to mediate the matter within the next six months and thus jointly request a continuance of the July 15, 2019 scheduling conference.

NOW, THEREFORE, it is stipulated that:

1. The Parties jointly request that the matter be stayed through February 24, 2020, to permit the Parties to attempt to mediate the matter;

2. The Parties submit a joint report to the Court by February 17, 2020, regarding the status or outcome of mediation; and

3. The July 15, 2020 scheduling conference be continued to a date available to the Court after February 24, 2020.

DATED: July 8, 2019                    BRADLEY/GROMBACHER, LLP

By: */s/ Marcus J. Bradley*
    Marcus J. Bradley
    Taylor L. Emerson
Attorneys for Plaintiff
FRANCISCO J. CISNEROS

DATED: July 8, 2019                    SEYFARTH SHAW LLP

By: */s/ Simon L. Yang*
    Aaron R. Lubeley
    Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

2
STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, upon review of the joint stipulation of the Parties filed herewith and for good cause shown:

1. The matter shall be stayed through February 24, 2020, to permit the Parties to attempt to mediate the matter;

2. The Parties shall submit a joint report to the Court by February 17, 2020, regarding the status or outcome of mediation; and

3. The July 15, 2020 scheduling conference shall be continued to _____, 2020, at __:___ __.m., on 2020.

IT IS SO ORDERED.

DATED:_____

                                                        The Honorable Virginia A. Phillips
                                                        United States District Judge