BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

Attorneys for Plaintiff
FRANCISCO J. CISNEROS

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-2798-VAP-SP<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint removed:        April 11, 2019 |

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, upon review of the joint stipulation of the Parties filed herewith and for good cause shown:

1. The matter shall be stayed through February 24, 2020, to permit the Parties to attempt to mediate the matter;

2. The Parties shall submit a joint report to the Court by February 17, 2020, regarding the status or outcome of mediation; and

3. The July 15, 2020 scheduling conference shall be continued to _____, 2020, at __:___ __.m., on 2020.

IT IS SO ORDERED.


DATED:_____

                                          The Honorable Virginia A. Phillips
                                          United States District Judge

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE