**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP-SP<br><br>**CLASS ACTION**<br><br>**JOINT REPORT RE: STATUS OF MEDIATION**<br><br>Date: March 2, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 8A |

Pursuant to this Court's order on July 10, 2019 (ECF 15), Plaintiff, FRANCISCO J. CISNEROS (hereinafter referred to as "Plaintiff"), and

--

Defendant, AIRPORT TERMINAL SERVICES, INC., a Missouri corporation, ("Defendant"); collectively the "Parties" have met and conferred and hereby submit the following Joint Report:

## I. **MEDIATION**

The Parties have mediation scheduled for Friday, February 28, 2020 with Lisa Klerman, Esq. The mediation could not be held sooner due to the unavailability of the mediator. In the interests of informal resolution of disputes and avoidance of unnecessary burdens on the Court, the parties respectfully request that the Court continue the Scheduling Conference to March 23, 2020, or another date convenient to the Court. In the alternative, the parties will update the Court regarding the outcome of the mediation at the Scheduling Conference on March 2, 2020.

## II. **OTHER ISSUES**

The Parties are not aware of any other issues that need to be addressed at this time.

DATED: February 24, 2020    **BRADLEY/GROMBACHER, LLP**
   **LAW OFFICES OF SAHAG MAJARIAN II**

By:  /s/ Marcus J. Bradley, Esq.
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher, Esq.
    Sahag Majarian, II, Esq.

    Attorneys for Plaintiff

DATED:  February 24, 2020    **SEYFARTH SHAW**

By:  /s/ Simon L. Yang, Esq.
    Simon L. Yang, Esq.
    Aaron R. Lubeley, Esq,

--

# ECF ATTESTATION

I, Marcus J. Bradley, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: February 24, 2020            **BRADLEY/GROMBACHER, LLP**

By:      /s/ Marcus J. Bradley, Esq.
     Marcus J. Bradley, Esq.
     Kiley L. Grombacher, Esq.
     Sahag Majarian II
     Attorneys for Plaintiff

---

--

**JOINT REPORT RE: STATUS OF MEDIATION**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−VAP-SP

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 31365 Oak Crest Drive, Westlake Village, CA 91361.

On **February 24, 2020**, I served the attached document described as
1. **JOINT REPORT**
2. **NOTICE OF CHANGE OF ADDRESS**

on all interested parties in said action:

### SEE ATTACHED SERVICE LIST

[X]  (VIA US MAIL) I caused such envelope(s) to be deposited in the mail at Westlake Village California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]  BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on an agreement of the parties to accept service by e-mail, I caused a copy of the document(s) to be sent from e-mail address _____ to the e-mail addresses listed on the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 24, 2020**, at Westlake Village, California.

Suzette Boucher

---

**JOINT REPORT RE: STATUS OF MEDIATION**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19-cv-02798-VAP-SP

*Cisneros v. Airport Terminal Services, Inc.*
United States District Court Case No. 2:19-cv-02798-R-PJW

### Mailing List

| | |
|---|---|
| Aaron R. Lubeley<br>Zaher Lopez<br>Simon L. Yang<br>Seyfarth Shaw LLP<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017-5793<br>Direct: +1-213-270-9664 \|<br>Fax: +1-310-282-6974<br>syang@seyfarth.com | Attorney for Defendant, Airport Terminal Services, Inc. |

--