**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:19−cv−02798-VAP-SP**<br><br>**<u>CLASS ACTION</u>**<br>**NOTICE OF SETTLEMENT** |

-1-

**COMES NOW,** Plaintiff FRANCISCO J. CISNEROS ("Plaintiff") and AIRPORT TERMINAL SERVICES, INC., a Missouri corporation, ("Defendant"), collectively, "The Parties", to inform the Court that

WHEREAS, the Parties explored the possibility of a mediated resolution on January 22, 2020, but were unable to agree to a settlement at mediation;

WHEREAS, the Parties thereafter continued to engage in good-faith settlement negotiations but were unable to agree to a settlement;

WHEREAS, the Parties, with additional assistance from a mediator, have agreed to a mediator's proposal which the Parties will formalize in a long-form settlement agreement;

WHEREAS, Plaintiff shall file a Motion for Preliminary Authority no later than sixty (60) days from today.

DATED: March 19, 2020        **BRADLEY/GROMBACHER, LLP**
                             **LAW OFFICES OF SAHAG MAJARIAN II**

                             By:   /s/ Marcus J. Bradley, Esq.
                                   Marcus J. Bradley, Esq.
                                   Kiley L. Grombacher, Esq.
                                   Sahag Majarian, II, Esq.
                                   Attorneys for Plaintiff

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 31365 Oak Crest Drive, Suite 240, Westlake Village, CA 91361.

On **March 19, 2020**, I served the attached document described as
1. **NOTICE OF SETTLEMENT** on all interested parties in said action:

## SEE ATTACHED SERVICE LIST

[ ]   (VIA US MAIL) I caused such envelope(s) to be deposited in the mail at Westlake Village California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY ELECTRONIC FILING SERVICE PROVIDER**) I electronically filed the document(s) with the Clerk of the Court by using one of the court's approved electronic filing service providers (EFSP). Participants in the case will be electronically served by the court's electronic filing service provider. Participants in the case, who are required by statute or rule, will be served by mail or by other means permitted by the court rules.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 19, 2020**, at Westlake Village, California.

*/s/ Suzette Boucher*
Suzette Boucher

-3-

**NOTICE OF SETTLEMENT**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19-cv-02798-VAP-SP

*Cisneros v. Airport Terminal Services, Inc.*
United States District Court Case No. 2:19-cv-02798-R-PJW

### Mailing List

| | |
|---|---|
| Aaron R. Lubeley<br>Zaher Lopez<br>Simon L. Yang<br>Seyfarth Shaw LLP<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017-5793<br>Direct: +1-213-270-9664 \|<br>Fax: +1-310-282-6974<br>syang@seyfarth.com<br>alubeley@seyfarth.com | Attorney for Defendant, Airport Terminal Services, Inc. |

-4-

**NOTICE OF SETTLEMENT**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−VAP-SP