UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-02798-VAP-SPx**                             Date  March 19, 2020

Title  *Francisco J. Cisneros v. Airport Terminal Services, Inc.*

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:**  MINUTE ORDER (IN CHAMBERS) ORDERING PARTIES TO FILE UPDATED STATUS REPORT REGARDING MEDIATION

On July 10, 2019, the Court issued an order setting a scheduling conference for March 2, 2020 and requiring the parties to file a joint status report regarding mediation. (Dkt. 15).  Their joint report indicates that they scheduled the mediation for February 28, 2020.  (Dkt. 16).

The Court, having vacated the scheduling conference, (Dkt. 19), hereby ORDERS the parties to file, no later than 4:00 p.m. on March 30, 2020, an updated status report regarding the outcome of the mediation.

**IT IS SO ORDERED.**