UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV 19-2798-VAP (SPx)        Date: July 30, 2020

Title    *Francisco J Cisneros v. Airport Terminal Services, Inc. et al.*

Present: The Honorable:    VIRGINIA A. PHILLIPS, CHIEF U.S. DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: MINUTE ORDER ORDERING STATUS REPORT (IN CHAMBERS)**

      On March 19, 2020, the Court issued an Order Ordering the Parties to File an Updated Status Report Regarding Mediation (Dkt. 21).  In response, on March 30, 2020, the parties filed a Notice of Settlement ("Notice") (Dkt. 22) informing the Court that the parties agreed to a mediator's proposal.  In the Notice, the parties also stated that Plaintiff would be filing a "Motion for Preliminary Authority (sic)," which the Court construes as "Motion for Preliminary Approval,"  no later than sixty days from the date of the filing.  To date, no further filings have been filed in this matter.  The Court hereby ORDERS the parties to file a Status Report, no later than August 5, 2020.

**IT IS SO ORDERED.**

                                                               :
**Initials of Preparer**    CCH