**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP-SP<br><br>**CLASS ACTION**<br><br>STATUS REPORT |

--

Pursuant to this Court's order on July 30, 2020 (ECF 23), Plaintiff, FRANCISCO J. CISNEROS (hereinafter referred to as "Plaintiff"), hereby respectfully submits the following:

## I. SETTLEMENT

Although a settlement has been reached, the Parties have not finalized the settlement agreement due to disagreement over the specific details of the terms of the settlement. Moreover, the partner at Seyfarth Shaw with whom Plaintiff's Counsel has been negotiating the terms of the settlement recently departed the firm prior to resolving the outstanding issues related to the settlement. Nonetheless, Plaintiff's Counsel continues with his efforts to resolve all outstanding issues and finalize the settlement agreement for execution by the Parties.

## II. OTHER ISSUES

Plaintiff is not aware of any other issues that need to be addressed at this time.

DATED: August 6, 2020            **BRADLEY/GROMBACHER, LLP**
                                 **LAW OFFICES OF SAHAG MAJARIAN II**

                                 By:   /s/ Marcus J. Bradley, Esq.
                                       Marcus J. Bradley, Esq.
                                       Kiley L. Grombacher, Esq.
                                       Sahag Majarian, II, Esq.
                                       Attorneys for Plaintiff

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 31365 Oak Crest Drive, Westlake Village, CA 91361.

On **August 6, 2020**, I served the attached document described as
1. **JOINT REPORT**

on all interested parties in said action: ***Cisneros v. Airport Terminal Services, Inc.*** *United States District Court Case No. 2:19-cv-02798-R-PJW*

**SEE ATTACHED SERVICE LIST**

[X]   (VIA US MAIL) I caused such envelope(s) to be deposited in the mail at Westlake Village California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served; service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on an agreement of the parties to accept service by e-mail, I caused a copy of the document(s) to be sent from e-mail address _____ to the e-mail addresses listed on the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 6, 2020**, at Westlake Village, California.

_Maria Valle_
Maria Valle

--

STATUS REPORT
Case No.: 2:19−cv−02798−VAP-SP

***Cisneros v. Airport Terminal Services, Inc.***
United States District Court Case No. *2:19-cv-02798-R-PJW*

## Mailing List

| | |
|---|---|
| Aaron R. Lubeley<br>Seyfarth Shaw LLP<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017-5793<br>Direct: +1-213-270-9664 \|<br>Fax: +1-310-282-6974<br>syang@seyfarth.com | Attorney for Defendant, Airport Terminal Services, Inc. |