**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California   91356
Telephone: (818) 609-0807
Facsimile:  (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants | **CASE NO. 2:19−cv−02798−VAP-SP**<br>Assigned to Hon. Virginia A. Phillips<br><br>**DECLARATION OF PLAINTIFF FRANCISCO J. CISNEROS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    March 29, 2021<br>Time:   2:00 p.m.<br>CR:      8A<br><br>Complaint Filed: November 27, 2018<br>FAC Filed: March 26, 2019 |

-1-
**DECLARATION OF FRANCISCO J. CISNEROS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

## DECLARATION OF FRANCISCO CISNEROS LOUIS

I, Francisco Cisneros, declare as follows:

1. I am a resident of Los Angeles County, California. I am a former employee of Airport Terminal Services, Inc., a Missouri corporation (hereinafter "ATS" or "Defendant") and the named plaintiff in this case.

2. I am over the age of eighteen. I have personal knowledge of the following facts, and if called to testify, I could and would testify competently to them.

3. I am familiar with the work involved in prosecuting the class action against my former employer and I worked closely with my attorneys in prosecuting the action and in obtaining the relief provided by the settlement. I am familiar with the investigation and discovery conducted, settlement discussions, and have participated in all stages of the litigation.

4. I am not aware of any conflicts that would prevent me from serving as a class representative in this matter. I do not have any personal or business relationships with any of my attorneys (other than retaining them to represent me in this case).

### Employment History

5. I worked for ATS for approximately ten months; January 2018 through October 22, 2018.

6. I worked for Defendant, ATS as a "Ramp Agent" in full-time, non-exempt position. Part of my duties included transporting cargo and luggage at Los Angeles International Airport ("LAX").

### Typicality of Claims

7. During my time working with Defendant, I was not paid minimum wages for all the hours I worked.

8. Defendant also did not provide me with all meal and rest periods that I was entitled to.

-1-
**DECLARATION OF FRANCISCO J. CISNEROS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

9. During the entire period of my employment with Defendant, my paycheck stubs were not accurate because they did not reflect gross wages earned, net wages earned, all applicable hourly rates, or applicable deductions as a result of Defendant not compensating me for all hours that I worked. The lack of this information on my paycheck stubs subjected me to the difficulty of having to reconstruct the hours I actually worked, and compensation earned during a pay period.

10. I was also not reimbursed for all business expenses that I incurred for using my cell phone during work;

11. During the time of my employment with Defendant, I was not paid the overtime compensation that I was entitled to; and

12. Additionally, I was not paid all wages owed to me at the time of my termination.

**Involvement in the Litigation & Adequacy as Class Representative**

13. I have participated in all aspects of this litigation from pre-litigation investigation through settlement discussions as I attended the mediation by phone. I have had numerous discussions with my attorneys over the course of this matter.

14. I spent a considerable amount of time learning about California labor laws, deciding whether remedial action should be taken, how it should be taken, and searching for attorneys. I located experienced wage and hour attorneys and met with them to determine if I would retain them to handle my case. They spent many hours with me discussing this case and the law. In the end, I decided to vindicate not only my own rights but also those of my former co-workers by filing a class-action lawsuit.

15. I spent several hours "educating" my attorneys about Defendant's policies and practices. I searched for, and produced, documents that I had from my employment.

//

-2-
**DECLARATION OF FRANCISCO J. CISNEROS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

16. I made sure that I made myself available and was fully prepared for mediation as part of my duty as the class representative.

17. I have spent considerable time and attention working on this case.

18. I have fairly represented the absent Class and herein request that the Court approve this settlement and confirm me as Class Representative. I have always maintained the best interest of the Class while performing my class representative duties. I am not aware of any conflicts of interest that prevent me from being confirmed as the Class Representative in this lawsuit.

19. I am not related in any way to my lawyers or any other member of the firm that is representing me. I have no business dealings or other involvement beyond this lawsuit and this representation. I have not been promised any money or inducement to serve as the class representative in this action.

**My Understanding Regarding the Terms of the Settlement**

20. I understand that as part of this class action settlement, I am required to provide Defendant with a full and complete release of all claims, known and unknown, and that this is something that other class members do not have to provide. I understand that this means that I will be giving up any claims I may have against the Defendant. I have agreed to this term as I believe this was in the best interests of the class and this settlement.

21. As discussed above, I actively participated in the litigation of this action on behalf of myself and the Settlement Class. As Class Representative, I participated in all stages of the litigation and have been continually kept apprised of all aspects of the litigation. I estimate that I have spent between 25-30 hours in the litigation of this case.

22. In addition to the hours spent participating in the prosecution of this case, I took a huge risk by coming forward and filing this class action. If I lost the case and had to pay Defendant's litigation costs, it would have been financially devastating to me.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge. This declaration is executed this 13th day of December, 2020, at Los Angeles, California.

DocuSigned by:

_____
13B04D7014A54C3...
**FRANCISCO J. CISNEROS**