**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP-SP<br>Assigned to Hon. Virginia A. Phillips<br><br>**DECLARATION OF SEAN HARTRANFT RE QUALIFICATIONS OF ILYM GROUP AS SETTLEMENT ADMINISTRATOR**<br><br><br>Complaint Filed: November 27, 2018<br>Trial Date:         None |

-1-

**DECLARATION OF SEAN HARTRANFT RE: QUALIFICATIONS OF ILYM GROUP, INC. AS SETTLEMENT ADMINISTRATOR**

# DECLARATION OF SEAN HARTRANFT

I, Sean Hartranft, declare as follows:

1. I am a resident of the United States of America and am over the age of 21. I am the Senior Vice President of Sales for ILYM Group, Inc., (herein after referred to as "ILYM Group"), a professional class action services provider. I am preparing this declaration at the request of Plaintiff's Counsel. I have personal knowledge of the facts herein, and, if called upon to testify, I could and would testify competently to such facts.

2. ILYM Group has extensive experience in disseminating class action notices and administering class action settlements, including direct mail services, telephone and web-based support, database management, opt-out processing and settlement fund distribution services for class actions ranging in size from 26 to 4.5 million Class Members. Attached hereto, as **Exhibit A**, is a true and correct copy of ILYM Group's current CV, reflecting our primary competencies as they relate to class action administration.

3. If appointed by the Court to disseminate the class notice in this case, ILYM Group's duties will include but not limited to: (a) conducting address traces to locate class member addresses as necessary; (b) mailing the class notice in English & Spanish to all class members; (c) handing inquiries from class members concerning the class notice; (d) maintain a website which has information about the Settlement and links to the settlement documents; and (e) performing other such duties as the parties and/or the Court may direct.

4. Upon appointment, ILYM Group will provide a mailing address and toll-free telephone number to receive correspondence and inquiries from class members. After receiving the class data file from Defendant, that should contain the class members' names, last known addresses, and social security numbers, ILYM Group will upload the data into our database and check for duplicates and other possible discrepancies.

5. As part of the preparation for mailing the class notice, ILYM Group will process class members' names and addresses against the National Change of Address ("NCOA") database, maintained by the United States Postal Service ("USPS"), for the purpose of updating and confirming the mailing addresses of the class members before mailing of the class notice. To the

1  extent an updated address is found in the NCOA database, ILYM Group will use the updated
2  address for mailing the class notice. If ILYM Group does not locate an updated address in the
3  NCOA database, it will use the original address provided by Defendant for mailing the class
4  notice.

5        6. Should any class notices be returned to ILYM Group's office as undeliverable, ILYM
6  Group will attempt to locate an updated address using the NCOA database and/or other skip
7  trace efforts and will promptly remail the class notice.

8        7. Prior to sending out the notice, ILYM Group will fill in the specific date for the
9  deadline so that all class members will be apprised of exactly when all applicable forms will be
10 due. Depending on the deadlines set by the Court, i.e., 45-day Notice period to opt-out, dispute
11 or file an objection. At the expiration of the deadline, ILYM Group will inform all parties as to
12 the number and name of those individuals who filed a timey opt-out, dispute or objection.

13       8. ILYM Group's Disbursement Process will include but not limited to; (a) applying for
14 case EIN; (b) establishing Qualified Settlement Fund ((QSF) Escrow Account), with
15 administering tasks including but limited to overview and reconciliation of account; (c)
16 calculating the individual settlement amounts; (d) preparing, administrating and distributing
17 settlement award checks to the Participating Class Members, including necessary tax forms (W2
18 and/or 1099); (e) calculating and withholding all applicable state and federal taxes; and (f)
19 performing other such duties as the Parties and/or the Courts direct. The above services are
20 included in ILYM Group's initial quote. Attached hereto, as **Exhibit B**, is a true and correct
21 copy of ILYM Group's estimated quote for this matter.

22       9. ILYM Group's fees associated with the administration of this settlement are capped at:
23 $22,500.00.

24       I declare, under penalty of perjury under the laws of the State of California that the
25 foregoing is true and correct. Executed this 15th day of February 2021, at Tustin, California.

_____
Sean Hartranft

2
**DECLARATION OF SEAN HARTRANFT RE: QUALIFICATIONS OF ILYM GROUP, INC. AS SETTLEMENT ADMINISTRATOR**

# EXHIBIT "A"

# ILYM GROUP, Inc.
## SETTLEMENT ADMINISTRATION EXPERTS

## Overview of Our Firm:

ILYM Group, Inc is a class action administration, legal notification and direct media outlets firm. With over 20 years of combined experience, our primary commitments are to client satisfaction, cutting edge technology and data management security, seamless case management and delivery of case expectations. Because, of our adherence to these commitments, ILYM Group, Inc is a one of the fastest growing, Woman Owned Business (NAPW), in the industry and has become the go-to firm for class action administration and legal notification. ILYM Group, Inc works with the top defense and plaintiff firms across the United States.

### AREAS OF EXPERTISE:

- Wage and Hour
- FLSA
- Insurance and Health Care
- Consumer
- Finance
- Employment and Labor
- TCPA
- Antitrust
- Securities

Malta vs. Wells Fargo Home Mortgage Inc.

- TCPA Case with a class size of 5,200,000.

John Lofton, et al. v. Collecto, Inc.

- TCPA Case with a class size of 207,036.

Blaise Picchi et al., vs. World Financial Network Bank, et al.

- TCPA Case with a class size of 856,507. Performed a reverse look-up to obtain Class Member information. We were able to obtain contact information for 93.21% that did not have a valid address associated with the contact record.

Jacqueline Jones vs. I.Q. Data International, Inc.

- TCPA Case with a class size of 93,993. Performed a reverse look-up to obtain Class Member information. We were able to obtain contact information for 93.82% of the Class that did not have a name or address.

Reza Barani vs. Wells Fargo Bank, N.A.

- TCPA Case with a class size of 82,874. Performed a reverse look-up to obtain Class Member information. We were able to obtain contact information for 87.84% of the Class that did not have a name or address.

Kimberly Roberts, et al. v. T.J. Maxx of CA, LLC, et al.

- Wage & Hour Case with a class size of 82,549.

Robert Stone, et al. v. Universal Protection Services, LP, et al.

- Wage & Hour Case with a class size of 75,351.

# ILYM GROUP, Inc.
## SETTLEMENT ADMINISTRATION EXPERTS

ILYM Group, Inc. is operational 24/7 delivering true client and class member availability.  Our call center is open 24/7/365 days a year, even holidays and is full digital, automated and multilingual.  ILYM Group Inc.'s mail and media center is a state-of-the-art facility, fully digital and USPS integrated. We can accommodate cases of any size, from ten class members to multi-millions. ILYM Group, Inc. prides itself on its commitment to service, quality, value pricing and availability. We've committed ourselves to being the best Class Action Administration and Notification Company in our industry. Through our years of experience, ILYM Group, Inc. is dedicated to exceeding our client's expectations.

**PRE-SETTLEMENT CONSULTATION**

➢ *Administration Consultation*: Meeting to determine objectives and expectations by both parties. All reporting and responsibilities will be agreed upon as will the seamless process to access data. We will also discuss the opportunities to identify class members with the proposed print and web-based media for optimum reach. Additionally, all expectations and delivery of those results will be planned for and mapped accordingly.

**MAILING AND NOTIFICATION**

➢ *Fulfillment and Correspondence*: All provided settlement information will be published via United States Postal Service (USPS first class standards) to the proposed mailing class. Notifications will include a Claim ID and how to respond, or Opt-Out, based on the stipulations.

➢ *Reverse Lookup*: A confidential reverse phone or reverse cell lookup will provide; owner's name, location, address history, carrier, phone type (landline or cell phone) and more. Our reverse lookup is powered by an extensive database which includes hundreds of millions of cell phone, landline, residential and unlisted number. Our software collects data from multiple data sources and carriers across the US. Our average "hit ratio" ranges from 93% - 98%.

➢ *Creating Class Database*: All Data is verified and filtered to eliminate duplication against the United States Postal Service (USPS) National Change of Address (NCOA) database. ILYM Group, Inc. will also certify and validate with the Coding Accuracy Support System (CASS) and Track Your Class (TYC) for zone delivery.

➢ *Claim Forms*: ILYM Group, Inc. will email all claim forms, whenever possible, to have accurate reporting and tracking of all class requests. Emails will contain full text claim forms.

➢ *Translations*: When needed, ILYM Group, Inc. will translate notices to any language needed to reach Class members.

➢ *Remails*: Returned mail will be scanned, re-verified and re-mailed. All returned mail is data warehoused and reported to both parties' counsels in a weekly report.



**MEDIA & INTERNET BANNER ADS**
Notice Publication

- *Legal Notices*: ILYM Group, Inc. can provide a Media Proposal to maximize reach based on quantitative and qualitative methodologies.

- *Electronic Publication (Banner Ads)*: ILYM Group, Inc. will utilize Internet Banner Noticing efforts and web technologies for maximum reach via the World Wide Web.

- *Electronic Mail Notices*: ILYM Group, Inc. can email an estimated number of class members a full text notice. We are compliant with all search engines and Internet Service Providers (ISP) so that our emails are always "White List" accepted with minimal returns.

- *Reach*: Every case has its own proposed reach and exposure percentage. We filter, verify and scrub the data to improve reach results.

- *Services Included*: Analysis, Documentation, Research and Methodologies, Execution and Reporting.

**PROJECT MANAGEMENT**

- *Case Notification, Maintenance and Management*: ILYM Group, Inc.'s Senior Project Managers will provide all Account Management, Pre-Consultation to Case Conclusion, Reporting and Claims Processing. Design, negotiation and implementation, upon approval, of all forms and notices, all distribution reporting and filings with the court.

- *Claims Processing*: All claims can be submitted by USPS, Internet, Fax, and Email or Online submission. Claims will be processed and recorded with matching ILYM database ID's. E-claims will have corresponding records of intake. All deficient claims will be notified via USPS and make provisions for class member to re-submit claims.

- *Call Center*: ILYM Group, Inc. will support class members with a toll-free number to get the most up-to-date case settlement information. Customer service representatives will be available 24/7/365 as will recorded messages. All class members are given the options to best serve their needs and to receive case information.

- *Internet Support*: Class members can log on to a provided website and view, print or submit information and claim forms regarding the settlement. Frequently Asked Questions (FAQ's) will be provided as well. Class members may download the claim form with mailing and fax instructions provided on the form.

- *Objection and Request for Exclusion*: All objections and request for exclusion, opt-out, will be data warehoused, dated and reported. Postmarks will serve for exclusion dating and will be forwarded to both counsels' no more than 5 days post submission. Objection will be reviewed by ILYM Group, Inc. to determine the timeliness and basis of the objection. All information will be forwarded to both parties counsel, along with any representation information from the class member, within 5 days.



### DATA ADMINISTRATION AND NETWORK SECURITY

➢ *Network Security*: All provided data is encrypted, stored and hosted in a Tier 4, SAS70 certified environment.

➢ *Database Administration:* To be developed with all electronically provided data. Class members will be assigned ILYM Group, Inc. internal tracking ID's to ensure all collected member data coincides with all received claims.

### DISTRIBUTION AND SETTLEMENT FUNDING

➢ *Distribution and Management*: Upon receipt of settlement funds, ILYM Group, Inc. will open a QSF Account for proceeds of the Gross Settlement Payment. The deposited funds will then be managed per the Settlement Agreement. All funds will be settled with class members and counsel along with all federal and state income tax reporting.

➢ *Check Printing and Mailing*: Claims processed, quantified and approved by clients, will be processed for distribution. All checks will be printed and mailed via USPS first class standards. ILYM Group, Inc. will reissue checks in accordance with the Settlement Agreement.

➢ *Preparation, Filing and Reporting of Taxes*: ILYM Group, Inc. will ensure taxes are filed in accordance to all federal, state and local employment tax returns. All taxes associated with the settlement will be paid on time to tax authorities. All filings and returns (e.g., 1099s, W-2s, etc.) will be done properly and timely with the appropriate authorities. All QSF steps and obligations with federal, state and/or local law will be followed.

### CASE CONCLUSION

➢ *Data Manager Final Report*: All database and electronic documentation will be sent in reports weekly and at the conclusion of the Administration engagement. Call center activity, e-claims, mailed, and faxed claims will be included in all reporting.

➢ *Project Manager Final Report*: All case and class related information will be provided on a weekly basis and at the conclusion of the Administration engagement. Mailing and media final analysis, exclusions, objections, and all other claims processing outcomes, status reports and final court documentations will be included.

➢ *Affidavits*: ILYM Group, Inc. will provide all affidavits in support of analysis and media reach, final approvals and settlement. Expert Testimony and Media Methodologies will be determined.

➢ *Document Retention*: Unless otherwise directed, ILYM Group, Inc. will destroy all undeliverable notices on the effective date of the settlement or when the case is no longer subject to appeal. ILYM Group, Inc. will correspond for one year after the final distribution or until the case is no longer subject to appeal.

# EXHIBIT "B"



# Case Name: Cisneros v Airport Terminal Services
**Tuesday, August 25, 2020**

| | |
|---|---|
| Requesting Attorneys Name: | Marcus Bradley |
| Contact Number: | 805.270.7100 |
| E-Mail Address: | mbradley@bradleygrombacher.com |
| ILYM Contact | Sean Hartranft |
| E-Mail | sean@ilymgroupclassaction.com |
| Contact Number | 949.690.2564 |

**ESTIMATE FOR ADMINISTRATION SOLUTIONS**
**Opt-Out**

| ASSUMPTIONS | |
|---|---|
| Total Estimated Class Members | 2,300 |
| Estimated Percentage of Undeliverable Mail | 20% |
| Certified Spanish Translations | Yes |
| NCOA | Yes |
| Case Duration (Years) | 1 |

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **CASE STARTUP** | | | | |
| Initial Setup - *Import and Formatting of Data** | Hourly | $150.00 | 5 | $750.00 |
| Programming of Class Database | Hourly | $175.00 | 5 | $875.00 |

*ILYM assumes that data will be in a standard format. Client will be notified immediately if not in standard format to correct data or ILYM can convert to standard format @ $150.00 per hour.*

| | | | Subtotal | $1,625.00 |
|---|---|---|---|---|

| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **PROJECT MANAGEMENT** | | | | |
| Project Manager (Case notification and maintenance) | Hourly | $120.00 | 10 | $1,200.00 |
| Staff Hours for Processing Returned Mail | Hourly | $70.00 | 2 | $140.00 |
| Staff Hours for Processing Exclusions & Objections | Hourly | $70.00 | 4 | $280.00 |
| Report Processing | Hourly | $70.00 | 7 | $490.00 |
| Toll-Free Call Center | Flat Fee | $400.00 | 1 | $400.00 |
| NCOA | Flat Fee | $350.00 | 1 | $350.00 |
| Certified Spanish Translation | Flat Fee | $1,250.00 | 1 | $1,250.00 |
| Weekly Reports | Flat Fee | $750.00 | 1 | Waived |

| | | | Subtotal | $4,110.00 |
|---|---|---|---|---|



| Activity | Rate Type | Unit Cost | Volume | Amount |
|---|---|---|---|---|
| **NOTIFICATION/MAILING** | | | | |
| Fulfillment of Notices, English & Spanish | Per Piece | $1.00 | 2,300 | $2,300.00 |
| First Class USPS 1oz Postage | Per Piece | $0.55 | 2,300 | $1,265.00 |
| Re-Mails (Skip Trace Undeliverable) | Per Piece | $1.55 | 460 | $713.00 |
| Storage, Photocopies, Deliveries | Flat Fee | $250.00 | 1 | $250.00 |
| | | | **Subtotal** | **$4,528.00** |
| **DISTRIBUTION (Includes EIN, Bank Acct */QSF Setup)** | | | | |
| Distribution Setup & Management | Hourly | $150.00 | 8 | $1,200.00 |
| Account Reconciliation & Distribution Reporting | Hourly | $125.00 | 8 | $1,000.00 |
| Check Stub & Release - (including W2/1099) | Per Check | $1.00 | 2,300 | $2,300.00 |
| USPS First Class 1oz Postage | Per Piece | $0.55 | 2,300 | $1,265.00 |
| Re-Mails (Skip Trace Undeliverable) | Per Piece | $1.55 | 230 | $356.50 |
| Preparation of Taxes | Hourly | $120.00 | 15 | $1,800.00 |
| Annual Filing of Tax Return | Per Year | $1,500.00 | 1 | $1,500.00 |

*Additional Bank fees may apply

| | | | Subtotal | **$9,421.50** |
|---|---|---|---|---|
| **CASE CONCLUSION** | | | | |
| Data Manager Final Reporting | Hourly | $100.00 | 8 | $800.00 |
| Project Manager Final Reporting | Hourly | $120.00 | 8 | $960.00 |
| Process Unclaimed Funds to State Controller's Office | Flat Fee | $750.00 | 1 | $750.00 |
| Declaration | Hourly | $125.00 | 4 | $500.00 |
| | | | **Subtotal** | **$3,010.00** |

**Total Case Estimate:** $22,694.50

**Will Not Exceed:** $22,500.00

# Terms and Conditions

**Provisions:** The Case Estimate is in good faith and does not cover any applicable taxes and fees. The estimate does not make provision for any services or class members/ size not delineated in the request for proposal or stipulations. Proposal rates and amounts are subject to change upon further review, with Counsel/Client, of the settlement agreement. Only pre-approved changes will be charged when applicable. No modifications may be made to this estimate without the approval of ILYM Group. All notifications are mailed out in English verbiage only unless specified otherwise. Additional costs will apply if translation for an additional language(s) are required. Rates to prepare and file taxes are for Federal and California State taxes only. Additional charges will apply if the Settlement Agreement requires multiple state tax filing. **Pricing is good for 30 days**.

**Mailing and Data Conversion:** The proposal assumes that data provided will be in ready-to-use condition and that all data is provided in a single, comprehensive spreadsheet. ILYM Group cannot be liable for any errors or omissions arising due to additional work required for preparation of the original database. A minimum of five (5) business days is required for processing prior to the anticipated mailing date with an additional two (2) business days if a National Change of Address update is requested.

**Payment Terms:** All postage charges and 50% of the final administration charges are due at the start of the case and will be billed immediately upon receipt of the data and/or Notice Documents. ILYM Group, Inc. bills are due upon receipt unless otherwise negotiated and agreed to with Counsel/Client. In the event settlement terms provide that ILYM Group, Inc. is to be paid out of the Settlement Fund, ILYM Group, Inc. will request that Counsel endeavor to make alternate payment arrangements for ILYM Group, Inc. charges that are due at the onset of the case. The entire remaining balance is due and payable at the time the Settlement Account is funded by Defendant/Plaintiff, or no later than the time of disbursement.

**Inclusion:** ILYM Group, Inc.'s general policy is to not accept Claims via facsimile. However, in the event that facsimile filing of claims must be accepted, ILYM Group will not be held responsible for any issues and/or errors arising out of said filing. Furthermore, ILYM Group, Inc. will require disclaimer language regarding facsimile transmissions. ILYM Group, Inc. shall not be responsible for any issues caused by the U.S.P.S. ILYM Group, Inc. shall not make payments to any claimants without verified valid Social Security Numbers. All responses are held in strict confidentiality.

**Tax Reporting Requirements:**
Ilym Group will file the necessary tax returns including the QSF federal and state returns. Payroll tax returns will be filed if necessary. To comply with the Employment Development Department's payroll tax filing requirements we will need the following information:
1. Defendant's EDD account number
2. Defendant's current unemployment rate. They should have this information in a recent EDD letter DE 2088 titled Notice of Contributions Rates.
3. Hire and dismissal dates of the class members so we can properly account for the periods that the wages relate to for each class member.
4. Power of Attorney form DE 48 from the defendant. This form is needed so we can report the unemployment, SDI and ETT taxes on their behalf. If this form is not provided we will work with the EDD auditors to transfer the tax payments to the defendant's EDD account.
5. The Defendant's are responsible for reporting the SDI portion of the settlement payments on the class member's W-2. Ilym will file these forms on the defendant's behalf, if requested, for an additional fee. This will be an additional W-2 being issued for each class member because the SDI payments are to be reported under the defendant's EDD account and not the QSF's account. The Power of attorney form DE 48 will be needed in order for us to report the SDI payments on the defendant's behalf.