1  **BRADLEY/GROMBACHER, LLP**
2  Marcus J. Bradley, Esq. (SBN 174156)
   Kiley L. Grombacher, Esq. (SBN 245960)
3  31365 Oak Crest Drive, Suite 240
   Westlake Village, California 91361
4  Telephone: (805) 270-7100
5  Facsimile: (805) 270-7589
   mbradley@bradleygrombacher.com
6  kgrombacher@bradleygrombacher.com

7  **LAW OFFICES OF SAHAG MAJARIAN II**
8  Sahag Majarian II, Esq. (SBN 146621)
   18250 Ventura Boulevard
9  Tarzana, California 91356
   Telephone: (818) 609-0807
10 Facsimile: (818) 609-0892
11 sahagii@aol.com

12 Attorneys for Plaintiff, Francisco J. Cisneros

13 *Defense Counsel on the Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP-SP<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*(FILED CONCURRENTLY WITH PROPOSED ORDER)* |

-1-

---

**STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−R−PJW

1  SEYFARTH SHAW LLP
2  Aaron R. Lubeley (SBN 199837)
   alubeley@seyfarth.com
3  601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601
6  Attorneys for Defendant
7  AIRPORT TERMINAL SERVICES, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−R−PJW

1  Plaintiff, FRANCISCO J. CISNEROS (hereinafter referred to as "Plaintiff"), and Defendant, AIRPORT TERMINAL SERVICES, INC., ("Defendant") hereby submit the following stipulation to continue the hearing date on the motion for final approval of class action settlement.

WHEREAS, on March 26, 2021, the Court issued its Order Granting Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 27 ("Order");

WHEREAS, the Court's Order scheduled the Final Fairness and Approval Hearing to "be conducted within ninety (90) calendar days from the date of this Order, or at such time as the Court may order" to determine whether the proposed settlement is fair, reasonable, and adequate and should be approved by the Court;

WHEREAS, the Court hears civil motions on Mondays at 2:00 PM, making the last day for the Final Fairness and Approval Hearing Monday, June 21, 2021;

WHEREAS, in the Order, the Court also ordered that, *inter alia*, the Class Members shall have forty-five calendar days after the postmark date of the initial mailing of the settlement notice to opt out or object to the settlement;

WHEREAS, the initial mailing of the settlement notice is scheduled to go out on Friday, May 7, 2021 making the deadline for Class Members to opt out or object to the settlement June 21, 2021, which is also last day to hold the Final Fairness and Approval Hearing;

WHEREAS, the parties need to extend the Final Fairness and Approval Hearing date from June 21, 2021 to July 26, 2021 in order to have time following the response deadline (currently June 21, 2021) to prepare and file their Motion for Final Approval of Class Action Settlement in advance of the Final Fairness and Approval Hearing.

THEREFORE, the Parties hereto, through their respective counsel of record, hereby stipulate that the Final Fairness Hearing shall be continued to July 26, 2021 or to another date thereafter as the Court's calendar permits.

///

-3-

**STIPULATION TO CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−R−PJW

IT IS SO STIPULATED.

DATED: May 5, 2021      **BRADLEY/GROMBACHER, LLP**
                       **LAW OFFICES OF SAHAG MAJARIAN II**


By: */s/ Marcus J. Bradley, Esq.*
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher, Esq.
    Sahag Majarian, II, Esq.
    Attorneys for Plaintiff


DATED: May 5, 2021      **SEYFARTH SHAW LLP**


By: */s/ Aaron R. Lubeley, Esq.*
    Aaron R. Lubeley
    Attorneys for Defendant