**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

*Defense Counsel on the Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 2:19−cv−02798−VAP-SP <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

-1-

**[PROPOSED] ORDER**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

1  SEYFARTH SHAW LLP
2  Aaron R. Lubeley (SBN 199837)
   alubeley@seyfarth.com
3  Simon L. Yang (SBN 260286)
4  syang@seyfarth.com
   601 South Figueroa Street, Suite 3300
5  Los Angeles, California 90017
6  Telephone: (213) 270-9600
   Facsimile: (213) 270-9601
7  Attorneys for Defendant
8  AIRPORT TERMINAL SERVICES, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**[PROPOSED] ORDER**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−R−PJW

Having considered the Stipulation filed by the parties on May 5, 2021 and for good cause appearing:

IT IS HEREBY ORDERED that without affecting the finality of the March 26, 2021 Order Granting Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 27 ("Order"), the Final Fairness Hearing shall be continued to July 26, 2021.

**IT IS SO ORDERED.**

DATED: _____         _____
                                          _____
                                          Hon. Virginia A. Phillips
                                          United States District Court Judge

-3-

**[PROPOSED] ORDER**
*FRANCISCO J. CISNERSO v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**