# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP (SPx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Having considered the Stipulation filed by the parties on May 6, 2021 and for good cause appearing:

IT IS HEREBY ORDERED that without affecting the finality of the March 26, 2021 Order Granting Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 27 ("Order"), the Final Fairness Hearing shall be continued to July 26, 2021.

**IT IS SO ORDERED.**

DATED:  May 6, 2021

_____
Hon. Virginia A. Phillips
United States District Judge

-1-