UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-02798-VAP-SPx | Date | July 22, 2021 |
|---|---|---|---|

| Title | *Francisco J Cisneros v. Airport Terminal Services, Inc. et al.* |
|---|---|

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER TO SHOW CAUSE RE: FAILURE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (IN CHAMBERS)

      On May 5, 2021, the Court granted the parties' joint stipulation to continue the Final Fairness Hearing and Approval date from June 21, 2021 to July 26, 2021 so that the parties would "have time … to prepare and file their Motion for Final Approval of Class Action Settlement in advance of the Final Fairness and Approval Hearing." (*See* Dkts. 28, 29). The parties have nevertheless failed to file a Motion for Final Approval of Class Action Settlement ("Motion") to date. The Court accordingly VACATES the Final Fairness Hearing scheduled for July 26, 2021.

      The Court further ORDERS the parties to show cause, in writing, no later than 4:00 p.m. on July 29, 2021 why the Court should not (1) sanction counsel in the amount of $1000.00 for failure to file the required Motion for approval AND (2) dismiss this action for failure to prosecute.

      **IT IS SO ORDERED.**