**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California   91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:19-cv-02798-VAP-SP**<br><br>*[Assigned for All Purposed to the Honorable Virginia A. Phillips]*<br><br>**NOTICE OF CHANGE IN COUNSEL (Civ. L.R. 5-1(c)(2)(B))** |

-1-
**NOTICE OF CHANGE IN COUNSEL (Civ. L.R. 5-1(c)(2)(B))**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that Taylor L. Emerson withdraws as counsel for Plaintiff Francisco J. Cisneros ("Plaintiff"). Ms. Emerson is no longer with the firm of Bradley/Grombacher LLP, has ceased to be involved in this proceeding, and is no longer acting as counsel for Plaintiff Francisco J. Cisneros. The Court and the parties are respectfully requested to remove Ms. Emerson from the service list and ECF notifications for this action.

**PLEASE TAKE FURTHER NOTICE** that all other counsel for Plaintiff Francisco J. Cisneros in this case remain the same.

Dated: August 3, 2021                               Respectfully submitted,

                                              By:   */s/ Taylor L. Emerson*
                                                    Taylor L. Emerson
                                                    Former Counsel for Defendant
                                                    Marcus J. Bradley
                                                    Kiley L. Grombacher
                                                    Attorneys for Plaintiff
                                                    FRANCISCO J. CISNEROS

-2-
**NOTICE OF CHANGE IN COUNSEL (Civ. L.R. 5-1(c)(2)(B))**