**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

*Defense Counsel on the Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:19−cv−02798−VAP-SP**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS** |

-1-

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1

1  SEYFARTH SHAW LLP
2  Aaron R. Lubeley (SBN 199837)
   alubeley@seyfarth.com
3  601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601
6  Attorneys for Defendant
7  AIRPORT TERMINAL SERVICES, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1

Plaintiff, FRANCISCO J. CISNEROS (hereinafter referred to as "Plaintiff"), and Defendant, AIRPORT TERMINAL SERVICES, INC., ("Defendant") (jointly the "Parties") hereby submit the following stipulation and proposed order seeking Court approval of an amendment to the Parties' Joint Stipulation of Class Action and PAGA Settlement and Release of Claims preliminarily approved by the Court on March 26, 2021.

WHEREAS, on March 26, 2021, the Court issued its Order Granting Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 27 ("Order");

WHEREAS, the mailing of class notice and the Final Fairness and Approval Hearing has been delayed due to issues discovered by the Settlement Administrator related to how the individual class member shares of the settlement proceeds would be calculated based on the language in the Settlement Agreement.

WHEREAS, the claims in the Cisneros action (which run from November largely overlap with the claims in *Pederson v. Airport Terminal Services, Inc.,* Central District of California Case No. 5:15-cv-02400-VAP-SP on behalf of the same class of employees but Cisneros also alleges claims under Fair Credit Reporting Act and related California laws.

WHEREAS, the class and release period in Cisneros runs from November 27, 2014, through March 26, 2021 (the date of preliminary approval)

WHEREAS, on August 3, 2018, this Court approved the class action settlement in *Pederson*, which released liability through April 5, 2018. *Pederson v. Airport Terminal Services, Inc.,* Central District of California Case No. 5:15-cv-02400-VAP-SP, Dkt. No. 41.

WHEREAS, the release of claims in the *Pederson* matter materially impacts the potential recovery of the putative class in the instant action for the period of November 27, 2014 through April 5, 2018.

WHEREAS, the Parties intended the Settlement Agreement in Pederson to give greater value to claims in the post-*Pederson* release period and provided in

-3-

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1

Paragraph 5.1 of the Settlement Agreement: "The parties weighted the Agreement to resolve the Class Member claims occurring in the estimated 82,190 workweeks worked by Class Members following the preliminary approval of the settlement in the *Pederson* matter.  To the extent that the number of workweeks worked by Class Members through the date of a Preliminary Approval Order exceeds 82,190 plus 10 % (or 90,409) workweeks, Defendant shall have the option to abridge the Settlement Class Members' Released Claims to include only through the pay period in which 90,409 workweeks after the *Pederson* preliminary approval order have been worked by Settlement Class or to increase the Gross Settlement Amount in proportion to the increase in workweeks in excess of 90,409.

WHEREAS, when the Settlement Administrator calculated the payment amounts to individual class members, it was discovered that the calculation method provided in the Settlement Agreement resulted in an unfair allocation of settlement proceeds to employees working prior to April 6, 2018 who were subject to the release in the Pederson matter.

WHEREAS, the calculation method in the current Settlement Agreement provides that the "Net Settlement Amount shall be allocated among Settlement Class Members by (i) calculating the total number of workweeks all Settlement Class Members worked during the period from November 27, 2014, through the date of a Preliminary Approval Order, (ii) determining the number of Settlement Class Members hired on or after March 26, 2017, and multiplying that number by five, and (iii) adding the two sub-totals to determine the "Total Settlement Class Member Shares" (Dkt. 25-1, Exhibit A, S.A., ¶ 5.4.1) and that the "Individual Settlement Payments shall be allocated by (i) determining the number of weeks a Settlement Class Member worked during the period from November 27, 2014, through the date of a Preliminary Approval Order and, if the Settlement Class Member was hired on or after March 26, 2017, adding five, (ii) dividing the result by the Total Settlement Class Member Shares, and (iii) multiplying the result by the

-4-

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1

Net Settlement Amount available for allocation to Individual Settlement Payments." (*Id*. at p 5.4.2);

WHEREAS, the calculation method should have provided in relevant part that: "The Net Settlement Amount shall be allocated among Settlement Class Members by . . . (ii) determining the number of Settlement Class Members hired on or after March 26, 2017 or worked after April 6, 2018, <u>multiplying their workweeks worked after April 6, 2018 by five</u>" and that "Individual Settlement Payments shall be allocated by (i) determining the number of weeks a Settlement Class Member worked during the period from November 27, 2014, though the date of a Preliminary Approval Order and, if the Settlement Class Member was hired or worked on or after March 26, 2017 or worked after April 6, 2018, <u>multiplying their workweeks worked after April 6, 2018 by five</u>, and (iii) adding the two sub-totals to determine the "Total Settlement Class Member Shares";

WHEREAS, the revised total estimated settlement amount (including the additional amount agreed to be paid by Defendant) is calculated to be $837,150, for an increase of $137,150 to the original settlement amount of $700,000, and the amount available to the Settlement Class Members will be $488,379 after the reduction for administration fees, class member enhancement payment, allocated litigation costs and expenses, class counsel's fees and the payment to the Labor Work Development Agency);

WHEREAS, applying the proper and intended calculation method will result in payments to Settlement Class Members working after April 5, 2018 of approximately 88% of the amount available for distribution and employees working prior to April 5, 2018 will receive approximately 12% of the amount available for distribution.

WHEREAS, the Parties have entered into a stipulation to amend the class action settlement to reflect the appropriate class member distribution calculation (attached hereto as Exhibit A is a true and correct copy of the Parties' Amendment);

-5-

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1

WHEREAS, the Parties seek Court approval of the revised Class Action Settlement so they can proceed with distribution of Class Notice payments to the Class Members;

WHEREAS, the Parties also request the Court set a Final Approval Hearing Date in early December 2021 to allow adequate time for completion of the settlement administration.

Now therefore the Parties hereto, through their respective counsel of record, hereby stipulate and request Court approval of the Parties' Amendment to Joint Stipulation of Class Action and PAGA Settlement and Release of Claims and request the Court set a hearing date for the motion for final approval in early December, 2021.

IT IS SO STIPULATED.

DATED: October 7, 2021         **BRADLEY/GROMBACHER, LLP**
                               **LAW OFFICES OF SAHAG MAJARIAN II**


                               By:    /s/ *Marcus J. Bradley, Esq.*
                                      Marcus J. Bradley, Esq.
                                      Kiley L. Grombacher, Esq.
                                      Sahag Majarian, II, Esq.
                                      Attorneys for Plaintiff


DATED: October 7, 2021         **SEYFARTH SHAW LLP**


                               By:    /s/ *Aaron R. Lubeley*
                                      Aaron R. Lubeley
                                      Attorneys for Defendant

**JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS S**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

75163515v.1