1    **BRADLEY/GROMBACHER, LLP**
2    Marcus J. Bradley, Esq. (SBN 174156)
     Kiley L. Grombacher, Esq. (SBN 245960)
3    31365 Oak Crest Drive, Suite 240
     Westlake Village, California 91361
4    Telephone: (805) 270-7100
     Facsimile:  (805) 270-7589
5    mbradley@bradleygrombacher.com
6    kgrombacher@bradleygrombacher.com

7    **LAW OFFICES OF SAHAG MAJARIAN II**
8    Sahag Majarian II, Esq. (SBN 146621)
     18250 Ventura Boulevard
9    Tarzana, California 91356
     Telephone:  (818) 609-0807
10   Facsimile:   (818) 609-0892
11   sahagii@aol.com

12   Attorneys for Plaintiff, FRANCISCO J.
13   CISNEROS

14   *Defense Counsel on the Next Page*

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated, | **CASE NO. 2:19−cv−02798−VAP-SP** |
| 19 | |
| 20 | **CLASS ACTION** |
| 21              Plaintiff, | **AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS** |
| 22   v. | |
| 23 | |
| 24  AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive, | |
| 25 | |
| 26 | |
| 27              Defendants. | |

28

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

-2-

Plaintiff, FRANCISCO J. CISNEROS (hereinafter referred to as "Plaintiff"), and Defendant, AIRPORT TERMINAL SERVICES, INC., ("Defendant") (collectively the "Parties") hereby enter into the following amendment to the Joint Stipulation of Class Action and PAGA Settlement and Release of Claims ("Settlement Agreement") which was preliminarily approved by the Court on March 26, 2021. Subject to the Court's approval, the parties agree to the following amendments:

## 1. PAGA Penalty Fund

Paragraph 5.3.3 of the Settlement Agreement provides:

Class Counsel intends to request—and Defendant agrees not to oppose—that the Court approve allocation of $30,000 to PAGA Penalty Fund. Any Court-approved PAGA Penalty Fund is to be distributed pursuant to statute with 75% of the PAGA Penalty Fund payable as an LWDA Payment. The remaining 25% of the PAGA Penalty Fund is to be distributed to PAGA Members as Individual PAGA Payments, based on the pro rata number of workweeks individual PAGA Members worked during the PAGA Period.

The Parties agree to amend Paragraph 5.3.3 to read as follows:

Class Counsel intends to request—and Defendant agrees not to oppose—that the Court approve allocation of $30,000 to PAGA Penalty Fund. Any Court-approved PAGA Penalty Fund is to be distributed pursuant to statute with 75% of the PAGA Penalty Fund payable as an LWDA Payment. The remaining 25% of the PAGA Penalty Fund is to be distributed to PAGA Members as Individual PAGA Payments, based on the pro rata number of PAGA Member Settlement Class Member Shares during the PAGA Period as calculated under Paragraph 5.4.2

## 2. Total Settlement Class Member Shares

Paragraph 5.4.1. of the Settlement Agreement currently provides:

The Net Settlement Amount shall be allocated among Settlement Class Members by (i) calculating the total number of workweeks all Settlement Class Members worked during the period from November 27, 2014, through the date of a Preliminary Approval Order, (ii) determining the number of Settlement Class Members hired on or after March 26, 2017, and multiplying that number by five, and (iii) adding the two sub-totals to determine the "Total Settlement Class Member Shares."

The Parties agree to amend Paragraph 5.4.1 to read as follows:

The Net Settlement Amount shall be allocated among Settlement Class Members by (i) calculating the total number of workweeks all Settlement Class Members worked during the period from November 27, 2014, through the date of a Preliminary Approval Order, (ii) determining the number of Settlement Class Members hired on or after March 26, 2017 or worked after April 6, 2018, and multiplying their workweeks worked after April 6, 2018 by five, and (iii) adding the two sub-totals to determine the "Total Settlement Class Member Shares."

**3.     Individual Settlement Class Member Shares and Payments.**

Paragraph 5.4.2. of the Settlement Agreement currently provides:

Individual Settlement Payments shall be allocated by (i) determining the number of weeks a Settlement Class Member worked during the period from November 27, 2014, though the date of a Preliminary Approval Order and, if the Settlement Class Member was hired on or after March 26, 2017, adding five, (ii) dividing the result by the Total Settlement Class Member Shares, and (iii) multiplying the result by the Net Settlement Amount available for allocation to Individual Settlement Payments. Such Shares shall be allocated to Settlement Class Members for Individual Settlement Payments.

The Parties agree to amend Paragraph 5.3.3 to read as follows:

Paragraph 5.4.2 Individual Settlement Class Member Shares and Payments. Individual Settlement Payments shall be allocated by (i) determining the number of weeks a Settlement Class Member worked during the period from November 27, 2014, though the date of a Preliminary Approval Order and, if the Settlement Class Member was hired on or after March 26, 2017 or worked after April 6, 2018, multiplying their workweeks worked after April 6, 2018 by five, (ii) dividing the result by the Total Settlement Class Member Shares, and (iii) multiplying the result by the Net Settlement Amount available for allocation to Individual Settlement Payments. Such Shares shall be allocated to Settlement Class Members for Individual Settlement Payments.

IT IS SO AGREED.

DATED:  September 30, 2021          **PLAINTIFF**

By: _____
Francisco J. Cisneros

DATED:  September 30, 2021          **BRADLEY/GROMBACHER, LLP**
                                    **LAW OFFICES OF SAHAG MAJARIAN II**

By: ____/s/ *Marcus J. Bradley, Esq.*____
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Sahag Majarian, II, Esq.
Attorneys for Plaintiff

1    DATED:  October 7, 2021                    **DEFENDANT**

2

3

4

5    By: _____

6                                        Brandy Wallace
                                         Airport Terminal Services, Inc.
7

8    DATED:  October 7, 2021                    **SEYFARTH SHAW LLP**

9

10

11   By: _____/s/  *Aaron R. Lubeley*_____

12                                        Aaron R. Lubeley
                                         Attorneys for Defendant
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND
RELEASE OF CLAIMS**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−VAP-SP**