# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−02798−VAP-SP<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND PROPOSED ORDER FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS** |

-1-

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS**
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
**Case No.: 2:19−cv−02798−R−PJW**

76032767v.1

# [PROPOSED] ORDER

The Court has considered the above JOINT STIPULATION FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS filed by the parties.

For good cause shown, IT IS HEREBY ORDERED:

The Court approves the Parties' Amendment to Joint Stipulation of Class Action and PAGA Settlement and Release of Claims and grants preliminary approval of the settlement as amended.

The Court sets the hearing date for the motion for final approval of the Parties' Joint Stipulation of Class Action and PAGA Settlement and Release of Claims (as amended) to occur at _____ a.m. on December \_\_\_, 2021.

DATED: October \_\_, 2021        By _____
                                                       Hon. Virginia A. Phillips
                                                       United States District Judge

-2-

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF AMENDMENT TO JOINT STIPULATION OF CLASS ACTION AND PAGA SETTLEMENT AND RELEASE OF CLAIMS
*FRANCISCO J. CISNEROS v. AIRPORT TERMINAL SERVICES, INC., et al.*
Case No.: 2:19−cv−02798−R−PJW

76032767v.1