**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California    91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff, FRANCISCO J. CISNEROS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. CISNEROS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO. 2:19-cv-02798-VAP-SP**<br><br>*[Assigned for All Purposed to the Honorable Virginia A. Phillips]*<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: November 27, 2018<br>Trial Date:         None |

-1-
NOTICE OF LODGING OF [PROPOSED[ ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Francisco Cisneros hereby lodges his [Proposed] Order Granting Final Approval of Plaintiff's Unopposed Motion for Class Action Settlement.

DATED: December 13, 2021    **BRADLEY/GROMBACHER, LLP**
    **LAW OFFICES OF SAHAG MAJARIAN II**

By: /s/ Marcus J. Bradley
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher, Esq.
    Sahag Majarian II, Esq.
    Attorneys for Plaintiff