UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:19-cv-02798-VAP-SPx                            Date:  December 13, 2021

Title    *Francisco J Cisneros v. Airport Terminal Services, Inc. et al*

Present:  The Honorable:    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marcus J. Bradley | Aaron Robert Lubeley |

**Proceedings:**  Plaintiff Francisco J. Cisneros' Motion for Final Approval of Class Action Settlement [35]; Plaintiff Francisco J. Cisneros' Motion for Attorney Fees [36]

The Court issues its tentative ruling prior to the hearing.

Case called, and counsel make their appearance. Court and counsel confer. Counsel submit on the papers. The Court will issue an Order.

                                                                                                0:02
                                                                **Initials of Preparer**    CCH